UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GREENWICH INSURANCE COMPANY,

    Plaintiff,

v.

VILLA FIRENZE, LLC,

    Defendant.

CASE NO. C07-98JLR

ORDER

Before the court is a notice of bankruptcy filing by the Defendant in this matter (Dkt. # 5). Pursuant to 11 U.S.C. § 362 of the United States Bankruptcy Code, this matter is automatically stayed. The court therefore ORDERS that the clerk remove this action from the court's active caseload. The action shall remain on inactive status until the court, on its own motion or on a motion from the parties, reopens the matter. Nothing in this order shall prejudice any party to the action.

Dated this 5th day of April, 2007.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER